DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ 85064
(602) 241-0101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| WILSON, JAMES DALE | ) | CASE NO. 2-08-bk-02103-RTB |
| WILSON, JOANNA LEE, | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

DAVID M. REAVES, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 2 | REGIONS INTERSTATE BILLING SERVICE, INC<br>ACCT NO: 390770<br>P.O. BOX 2250<br>DECATUR, AL 35609 | $0.98 |
| 3 | CAPITAL RECOVERY II<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131 | $2.08 |
| 5 | ASSOCIATED OVERSIZE LOAD ESCORTS, INC<br>ACCT NO: NONE<br>P.O. BOX 57373<br>PHOENIX, AZ 85079-7373 | $2.00 |
| 7 | CERTIFIED PILOT & ESCORT<br>ACCT NO: NONE<br>P.O. BOX 815<br>TAYLOR, AZ 85939 | $4.26 |
| 16 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | $3.71 |
| 20 | CALIFORNIA HIGHWAY PATROL<br>ACCT NO: M00 32937<br>FISCAL MANAGEMENT<br>P.O. BOX 942900<br>SACRAMENTO,CA 94298 | $0.36 |
| 21 | KAT TRACKS PILOT CAR SERVICE | $0.42 |

|  |  |  |
|---|---|---|
|  | ACCT NO: NONE<br>10961 DESERT LAWN DRIVE #107<br>CALINESA, CA 92320 |  |
| 22 | ALLTEL COMMUNICATIONS<br>1 ALLIED DR. B4F3-NG<br>LITTLE ROCK, AR 72202 | $1.75 |
| 25 | MAYO CLINIC<br>ACCT NO: 6-902-440<br>P.O. BOX 52557<br>PHOENIX, AZ 85072-2557 | $0.43 |
| 26 | ONE WAY PILOT<br>ACCT NO: NONE<br>206 ROANOKE RD #19<br>EL CAJON, CA 92020 | $1.07 |
| 29 | CHEVRON/TEXACO CARD SERVICES<br>ACCT NO: 797-191-823-5<br>P.O. BOX 9560<br>CONCORD, CA 94524-1956 | $0.94 |
| 33 | BILL"S JANITORIAL SERVICE<br>ACCT NO: NONE<br>P.O. BOX 3492<br>APACHE JUNCTION, AZ 85217 | $0.61 |
| 34 | ONE WAY PILOT<br>ACCT NO: NONE<br>206 ROANOKE RD #19<br>EL CAJON, CA 92020 | $1.07 |
| 35 | MB FINANCIAL BANK<br>C/O FOLKS & O"CONNOR, PLLC<br>1850 N. CENTRAL AVE., SUITE #1140<br>PHOENIX, AZ 85004 | $3.88 |
| 39 | EMPIRE SOUTHWEST LLC<br>P.O. BOX 2985<br>PHOENIX, AZ 85062 | $3.20 |

*February 2, 2010*  
DATE

*/s/ David M. Reaves*  
David M. Reaves, Trustee