DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ 85064
(602) 241-0101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| WILSON, JAMES DALE | ) | CASE NO. 2-08-bk-02103-RTB |
| WILSON, JOANNA LEE, | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

      DAVID M. REAVES, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 1 | FORD MOTOR CREDIT COMPANY LLC<br>% SEIDBERG LAW OFFICES P.C.<br>P.O. BOX 7290<br>PHOENIX, AZ 85011 | $0.77 |
| 2 | REGIONS INTERSTATE BILLING SERVICE, INC<br>ACCT NO: 390770<br>P.O. BOX 2250<br>DECATUR, AL 35609 | $0.02 |
| 3 | CAPITAL RECOVERY II<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131 | $0.04 |
| 4 | GENERAL ELECTRIC CAPITAL CORPORATION<br>P.O. BOX 822108<br>PHILADELPHIA, PA 19182 | $1.68 |
| 5 | ASSOCIATED OVERSIZE LOAD ESCORTS, INC<br>P.O. BOX 57373<br>PHOENIX, AZ 85079-7373 | $0.04 |
| 6 | DISCOVER BANK/DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | $0.28 |
| 7 | CERTIFIED PILOT & ESCORT<br>P.O. BOX 815<br>TAYLOR, AZ 85939 | $0.07 |
| 8 | JPMORGAN CHASE BANK, NA | $2.38 |

|    |                                                                                                              |        |
|----|--------------------------------------------------------------------------------------------------------------|--------|
|    | C/O LAW OFFICE OF JON S. MUSIAL<br>8230 E. GRAY ROAD<br>SCOTTSDALE, AZ 85260                                 |        |
| 9  | JPMORGAN CHASE BANK, NA<br>C/O LAW OFFICE OF JON S. MUSIAL<br>8230 E. GRAY ROAD<br>SCOTTSDALE, AZ 85260      | $1.19  |
| 10 | CITIBANK (SOUTH DAKOTA) N.A.<br>EXCEPTION PAYMENT PROCESSING<br>P.O. BOX 6305<br>THE LAKES, NV  88901-6305   | $0.14  |
| 12 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121           | $0.08  |
| 13 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121           | $0.23  |
| 14 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121           | $0.32  |
| 15 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121           | $0.24  |
| 16 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145                                              | $0.07  |
| 17 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145                                              | $0.19  |
| 19 | AMERICAN EXPRESS BANK, FSB<br>C/O PHILLIPS AND COHEN ASSOCIATES, LTD<br>258 CHAPMAN RD, STE 205<br>NEWARK DE 19702 | $0.46 |
| 20 | CALIFORNIA HIGHWAY PATROL<br>ACCT NO: M00 32937<br>FISCAL MANAGEMENT<br>P.O. BOX 942900<br>SACRAMENTO,CA 94298 | $0.01 |
| 22 | Alltel Communications<br>1 Allied Dr. B4F3-NG<br>Little Rock, AR  72202                                      | $0.04  |
| 23 | Union Distributing Company<br>c/o Nancy J. March<br>DeConcini McDonald Yetwin & Lacy, P.C.<br>2525 E. Broadway Blvd., Ste. 200<br>Tucson, AZ  85716 | $0.28 |
| 24 | Compass Bank                                                                                                 | $0.29  |

|  |  |  |
|---|---|---|
|  | P.O. Box 10566<br>Birmingham, AL 35296 |  |
| 25 | MAYO CLINIC<br>ACCT NO: 6-902-440<br>P.O. BOX 52557<br>PHOENIX, AZ 85072-2557 | $0.01 |
| 26 | ONE WAY PILOT<br>ACCT NO: NONE<br>206 ROANOKE RD #19<br>EL CAJON, CA 92020 | $0.02 |
| 27 | CHRYSLER FINANCIAL<br>ACCT NO: 250-0056769-000CS<br>P.O BOX 551050<br>JACKSONVILLE, FL 32255 | $0.25 |
| 29 | CHEVRON/TEXACO CARD SERVICES<br>ACCT NO: 797-191-823-5<br>P.O. BOX 9560<br>CONCORD, CA 94524-1956 | $0.02 |
| 30 | FIA Card Services, N.A.<br>Attn: Mr. BK<br>1000 Samoset Dr.<br>DE5-023-03-03<br>Newark, DE 19713 | $0.17 |
| 31 | FIA Card Services, N.A.<br>Attn: Mr. BK<br>1000 Samoset Dr.<br>DE5-023-03-03<br>Newark, DE 19713 | $0.31 |
| 32 | EFFICIENCY MECHANICAL II, INC.<br>c/o Keller, Keller & Newman, P.L.L.C.<br>7330 N. 16th Street, Suite C-117<br>Phoenix, Arizona 85020 | $0.38 |
| 33 | BILL"S JANITORIAL SERVICE<br>ACCT NO: NONE<br>P.O. BOX 3492<br>APACHE JUNCTION, AZ 85217 | $0.01 |
| 34 | ONE WAY PILOT<br>ACCT NO: NONE<br>206 ROANOKE RD #19<br>EL CAJON, CA 92020 | $0.02 |
| 35 | MB Financial Bank<br>c/o Folks & O"Connor, PLLC<br>1850 N. Central Ave., Suite #1140<br>Phoenix, AZ 85004 | $0.07 |
| 36 | Wells Fargo Bank, NA<br>MAC #S4101-08C<br>100 W Washington<br>Phoenix, AZ 85003 | $0.79 |
| 37 | CAPITAL ONE<br>ACCT NO: 57-572476110016<br>P.O. BOX 105131 | $0.55 |

|   |   |   |
|---|---|---|
|   | ATLANTA, GA 30348-5131 |   |
| 38 | HUB TRANSPORTATION<br>ACCT NO: WILSON5<br>P.O. BOX 17346<br>SALT LAKE CITY, UT 84117 | $0.12 |
| 39 | EMPIRE SOUTHWEST LLC<br>P.O. BOX 2985<br>PHOENIX, AZ 85062 | $0.05 |
| 40 | GE Consumer Finance<br>For GE Money Bank<br>dba BOMBARDIER<br>PO Box 530912<br>Atlanta GA 30353-0912 | $0.16 |

*2/22/10*  
DATE

*/s/ David M. Reaves*  
David M. Reaves, Trustee