**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) Case No. 2-08-bk-02103-RTB |
|---|---|
| WILSON, JAMES DALE and WILSON, JOANNA LEE, | ) Chapter 7 |
| Debtor. | ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3003 | 1/27/10 | FORD MOTOR CREDIT COMPANY %SEIDBERG LAW OFFICES P.C. P.O. BOX 7290 PHOENIX, AZ 85011 | $42.89 |

Dated this 23rd day of June, 2010.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee